UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
SZEWCZUK, JORGE                     §   Case No. 14-34675
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 760.00                    Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,580.73   Claims Discharged
                                             Without Payment: 53,978.50

Total Expenses of Administration: 1,419.27

   3) Total gross receipts of $ 6,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,419.27 | 1,419.27 | 1,419.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 57,196.00 | 28,859.23 | 28,859.23 | 4,580.73 |
| **TOTAL DISBURSEMENTS** | $ 57,196.00 | $ 30,278.50 | $ 30,278.50 | $ 6,000.00 |

4) This case was originally filed under chapter 7 on 09/24/2014 . The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/09/2015           By: /s/Peter N. Metrou, Trustee
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Undislcosed Preferential Transfer-Debtor to Son | 1241-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 6,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | 2100-000 | NA | 1,350.00 | 1,350.00 | 1,350.00 |
| PETER N METROU | 2200-000 | NA | 33.47 | 33.47 | 33.47 |
| ADAMS LEVINE | 2300-000 | NA | 5.80 | 5.80 | 5.80 |
| Associated Bank | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,419.27 | $ 1,419.27 | $ 1,419.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 15548 Wilmington, DE 19886-5548 | | 10,400.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15548 Wilmington, DE 19886-5548 | | 9,400.00 | NA | NA | 0.00 |
| | Chase Cardmember Service PO Box 15548 Wilmington, DE 19886-5548 | | 5,400.00 | NA | NA | 0.00 |
| | OSF Saint Elizabeth Medical Center 1100 E. Norris Dr. Ottawa, IL 61350 | | 4,500.00 | NA | NA | 0.00 |
| 000001 | FIFTH THIRD BANK | 7100-000 | 8,866.00 | 9,489.45 | 9,489.45 | 1,506.23 |
| 000002 | FIFTH THIRD BANK | 7100-000 | 18,630.00 | 19,369.78 | 19,369.78 | 3,074.50 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 57,196.00 | $ 28,859.23 | $ 28,859.23 | $ 4,580.73 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-34675 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | SZEWCZUK, JORGE | | | | Date Filed (f) or Converted (c): | 09/24/14 (f) |
| | | | | | 341(a) Meeting Date: | 11/06/14 |
| For Period Ending: | 07/09/15 | | | | Claims Bar Date: | 03/06/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account - Fifth Third Bank | 100.00 | 100.00 | | 0.00 | FA |
| 2. Miscellaneous household goods, furniture & furnish | 600.00 | 600.00 | | 0.00 | FA |
| 3. Wearing apparel | 60.00 | 60.00 | | 0.00 | FA |
| 4. Undislcosed Preferential Transfer-Debtor to Son (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| Preferential tansfer from father to son. | | | | | |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $760.00 | $6,760.00 | | $6,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Rec'd 6k refund of preferential transfer - ready for claims review & TFR - bar date 3-6-15;

Initial Projected Date of Final Report (TFR): 03/31/15     Current Projected Date of Final Report (TFR): 03/31/15

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 18.04

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 14-34675 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | SZEWCZUK, JORGE | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******5215 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9351 | | | |
| For Period Ending: | 07/09/15 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/12/14 | 4 | Gustavo A. Szewczuk<br>1319 Shawnee Lane<br>Ottawa, IL 61350 | Turnover of Pref funds | 1241-000 | 6,000.00 | | 6,000.00 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,990.00 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,980.00 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,970.00 |
| 03/19/15 | 005001 | ADAMS LEVINE<br>SURETY BOND AGENCY<br>60 EAST 42ND STREET, ROOM 965<br>NEW YORK, NY 10165 | BOND PREMIUM<br>BOND# 10BSBGR6291 | 2300-000 | | 5.80 | 5,964.20 |
| 06/02/15 | 005002 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 1,383.47 | 4,580.73 |
| | | | Fees      1,350.00 | 2100-000 | | | |
| | | | Expenses     33.47 | 2200-000 | | | |
| 06/02/15 | 005003 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | Claim 000001, Payment 15.87268% | 7100-000 | | 1,506.23 | 3,074.50 |
| 06/02/15 | 005004 | Fifth Third Bank<br>PO Box 9013<br>Addison, Texas 75001 | Claim 000002, Payment 15.87266% | 7100-000 | | 3,074.50 | 0.00 |

Page Subtotals     6,000.00     6,000.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 14-34675 -BWB |
| Case Name: | SZEWCZUK, JORGE |
| Taxpayer ID No: | *******9351 |
| For Period Ending: | 07/09/15 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Associated Bank |
| Account Number / CD #: | *******5215  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 6,000.00 | 6,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********5215 | 6,000.00 | 6,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      0.00      0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*